Walter Moran #S29080
350 S. Justice Way
Kankakee, IL 60945

CHAMPAIGN IL 618
28 JAN 2025 PM 5 L

LEGAL MAIL

Christopher R. Hotaling
Nixon Peabody LLP
70 W. Madison Suite 5200
Chicago, IL 60602

RECEIVED/SCANNED:
Date: FEB 0 3 2025
Initials: JG

to Honorable Judge Edmond E. Chang

I wanna start of by saying thank you for taking some time to read my letter, in this letter I would attemp two things, 1 is my life in different aspects Prior to committing my crime, I would prefer to say decision, now thats not a attempt to minimize what I done just would like to change the wording a bit. 2 would like to explain, who I am. I was told by my attorney that part of the mechinism in place of sentencing is love one's could write a letter about who the person is and about there lives. I feel who could explain more about me then my self. I would like to go back 2 years Prior to march 10 2021 I was in cook county Jail I had spent 3 years awaiting trial for armed robbery. while in custody I got depressed and gave up hope because I was incarserated for a crime I did not commit and I had no faith in the criminal system, to my surprise, I went to trial and was found not guilty, now in that part of my life I started to make changes, Part of me wanted to make them before but I was damaged because years of Psychological, Emotinal and Physical trama growing up. I don't wanna get into deep on that part of my life because, I explained as much as I could that I felt comfortable to say with Probation officer michael alper. Now do to the circumstances of trial and being found not guilty. I gained hope in my life and when I got released I went thru a temp office to get a Job and started working in a paper factory that had 12 Hour shifts. I was dedicated I went out my way to make impression, for example I googled how one of the machines operated

and downloaded a PDF file for a manuel and I studied it. My effort got noticed and in ten months I got promoted to a machine operator. I was bein trained to become floor manager everything was going good when it came to my job but, other parts of my life were a mess. Now I did not have a license because of a DUI so I had to wake up one hour earlier then what I would normally do so I can order and wait on a uber, that would cost majority of my day worth of labor. So I got discouraged decided to quit and began working for a close friend of mine that lived across the street from me. His plan was to start a Plumming company, he trained me and, taught me everything about Plumming. thats something I love is learning new things, its a good and bad thing because I may get passionate about something but once I learn I get intrested by a new thing. While learning this new job I was getting paid good money, it would just be inconsistent and that caused me to have problems with bills, Providing for the mother of my kids and 3 boys. I had issues with my family before the money, I have been apart from there lives due to bein in Jail. that distance hurt our relationship the money issues just made it worse. I began to give up on my self I sabataged what little relationship I had left with the mother of my kids and my Boys. I sabataged my work by not showing up. I ultimatly let normal life problems bring me down to who I use to be, and went on a downward spiral. you see I lived my life not caring about nothing because I felt I was a nobody and I wouldn't amount to being anything important, no impact on this world and that "I dont care" mentality became

who I was at the moment I was of how I was hurting my life again. All I wanted to do was get a job and make some money I thought that would fix all my problems, but I know now its more to it. I learned there are diffrent dimensions in my life I have to fix the physical and emotinal, the one I struggle with which is psychological. Physical I have changed, I changed my apperance, I have gone thru multiple tattoo removal sessions to get rid of finger hand and face tattoos, change the way I talk and give the world a different view of who I am. The emotinal I struggled because how I grew up but once I felt to love and care for some one else beside my self, I learned to express my self with out trouble and I have like everything every issue. I did my research on the human emotinal state and just learned to be ok with my emotions, but the mental I struggle. I sat here ask my self why and it can be a multitude of things but I know part of it was my enviroment, now you know I grew up in Chicago, majority of the men growing up were not good, they were not very succesful. The ones who were succesful got rich or died trying or went to prison. Including the close men in my life like father who went to prison for smuggling kilos of cocain in the U.S, uncle who was in prison for murder, and other family or friends of the family who would go to jail. I learned to accept prison as a likely option for me I began living in the streets, while living in the streets I was around a false sense of brotherhood and had a romantic idealism point of view, for years justifing being amongst bad people in a sense of counterculture, revolutinary thing to do. not in a sense that I was a bad person or criminal in a idea that I was protecting my community and simply justifing alot of my actions.

Part of me thinks back at why I did not do things different, like not quit my job for another. That self sabatage was due to fear of change, now change means stepping outside my comfort zone, when I changed my life by definition I got uncomfortable so I unconsciously tried to get comfortable. I self sabatage alot and I understand now. You see mentaly I was out of my norm I sabataged my self in parts of my life with my job as a machine operator and found excusses I sabataged my relationship with family. Ultimatly I was unaware of other dimensions in my life that are important, like the physical, emotinal and mental struggle is simple, change old habits, change what my concept of normal is and around march tenth I began to give up on a better life, and went back to accepting I am not good enough and began to do alot of bad decisions. March 10 is one that I have to pay for, which I understand because its a learning experience I have to go thru to understand my self. NOW this mite not seem like enough to justify my actions, I am aware, I could mention other bad things that were bad in my life like friends and family deaths or me goin to the hospital and being in a coma for 2 months. I have sat here in Jail for 3½ years I have realized, yes, theres things that did have affect on my life but it was my mental health that made me choose my path which I refuse to keep goin thru. I did not want to stress out to much about what are the steps I am taking to change, I belive I have explained this with probation officer like goals and changes. While in this letter I wanted to explain who I was and events in my life that made me open my eyes in what went wrong. I cant

finish this letter without mentioning my Boys because whether I am there or in Prison there will still be apart of me. I would like to be free and spend time with them, show them theres more to life, and hopefully change there path brake the chain of generations goin to Jail. Now in no shape or form I am saying there doomed because fortunately they did not grow up how I did and I tried my best to show them different. I hope I dont loose my relationship thru the distance or when Im releast it wont be to late to influence them. deep down that is my only fear. I cant help but to say to take account of them while I receive what sentence you find fair. I feel I am a strong influence for them and my nephews a total of 8 boys I have influence on like my uncles and father had influence on me. The diffrence is my father came out and was a heroin addict and uncle was murderd after he was released both lost and Hopeless, but not me Im goin to try with all my ability to not have my boys come to jail. Since I been gone my family has stepped up alot for me and grateful they have them now. Most importantly, I would like to tell you I am regretful for my decision. Not because I was caught and have to do time, its because after everything I have been thru and damaged my self and my enviroment has damaged me growing up I became the enviroment. I negateuly hurt my victim in diffrent aspects of her life by taking her Vehicle its something I have to live with. I only Pray that she can forgive me for making this decision that brought all of us here. thank you once more for your Patience and time.