Hi my name is Rey; Walter is my father and I would say he is the best dad he took to have. Fun places and always made sure I had had fun but also made sure I was doing good in school and behave and he taught how to be a man at a young age which taught me a lot thing now but not has he been a fun dad but a mentor

Hi I am gino walters middle Son and it been very hard with no father. Walter. take us to the beach, Parks, and a moster turck show and I just want to relive does days with my Dad and when we Played Game on the tv. I just want a Dad in my life Judge. While my Dad was in Jail my grandpa was like my Dad but then he died. I know my Dad want to be with his sons. So Judge While ur reading this Please go easy on my Dad just want to spend more time with him.

My name is Joshua I am 9 years old I am Walters 3rd son even tho I know he's not my real Dad he still treats me like his son he was there when I was born he taught to walk talk helped me with homework I am relly good at math because of him even tho he not here right now he helped me make good choices I relly miss him I want him to come out so my friends could meet him he used to make pillow forts and cook for me he bought me toys he bought me clothes he brought me to movies he took me to the park he taught me how to read he watched tv with me I miss him and want him to come home.

Dear Judge

I am writing this letter today to talk about my brother Walter Moran
My brother is the youngest of four raised by a single mother, father of 3 boys Ray 13rd, Gino 11yr, and not blood but raised by him Joshua 9yr.
My brother as a father is very dedicated, strict and loving, his kids have always been well behaved and super smart and at this age they need their father more than anything, they are at the age were they need that firm, strong father to help guide them to the right path. My brother have always protected his kids from everything bad. Its hard for my nephews mother to raise them being single sometimes having to work two jobs.
My brother as a son and family man is very playfull, caring and always taking care of my mom.
My mom and ~~my brother are best friends~~ always going out togther. and always joking around. He always puts family first especially on ~~espcia~~ espacial events and holidays.
I wish my brother was here with us. He has had a rough up bringing and I know that when my sister passed away all of our life changed

and in my Heart I truelly believe that his grief made him make alot of bad decisions when young, that at this age it was hard to ~~get away~~ certain situations I have seen my brother work on himself before he turn himself in, and before he had a life threatening fire work accident, he was turning his life around he was working harder for his family, he had plans for the future, had a job that was teaching him alot and was interesting to him. I was able to see him change and was very proud of him and always will be proud of him. I wish he could be enjoying time with his kids and teaching them and guiding them to the right path we didnt have a dad growing up and I know thats why he is a great dead, and I know he is ~~scared that his kids wont love~~ him if he get a long time in jail since it was to late for us by the time our dad came out jail. he is Human, he made mistakes but he deserves a chance to make his life better. Thank you for taking the time to read this letter. Crystal

What i miss about my tio is we use to build forts and make cookies together and we spent Christmas together and he dresses up as Sant claws for Christmas

We spent Fouth of July together and had some Fun and we played Gta and Call of duty

We went to China town and went to Restaurants and went to the Zoo and saw otters and zebraz

We used to Play snow ball Fhights and have so much Fun with my cousein and go to the Park and we all miss him so much his mom kids and me miss him and other People but i miss him because he would take us out and go walk and go to the Pools

~~(scratched out line)~~

and chill in the back of the houses,

by Julian. recen diz — to Judge

Dear Judge

There is meny reasons why I need my uncle out of jail. From a little kid he has teached me how to be a man he has teached me how to grill. He also has three kids the oldest being 13 middle child being 11 and the littlest 9 they need there dad in there life so he can teach them how to be a man an I'm sure more than sure that he misses his kids he has been in jail for there birthdays just how he teached me now to do stuff he will teach them so much more that he teached me. I think that he is a really smart an great person I'm begging you to pls let him out we ALL miss him I havent seen him in years I really miss him.

from: Elias Recendiz

to: judge

I miss him let him free. I miss him the memories I had with him like playing with nerf guns. Another one is making a fort and watch a movie together I miss him and the memories with him. I hope he gets back soon because the NFL is going to end soon and I want to watch the Super Bowl with my uncle to we can talk about it and we can talk about my football skills to see how good are them so I hope he comes back soon.

from: Anthony Recendiz

to: Judge

1/3

Dear
Judge Hello hope you are doing well. My name is Jenny I am Walter Moran Oldest sister. I have lived with Walter since he was born until Sep 28, 2021 when he turned himself in to McHenry County Jail that night @ 9:15h pm. HS is my mom & Dad, 4th child, 3 girls and Walter the only baby Boy. My Dad was so overly exited the day he was Born, he left for Days to celebrate his birth. My dad yes he has his name. My brother is one of my Best brothers he would be with me everywhere when he was little. even a teenager.
In 1996 September we all traveled to Mexico unfortunate my dad (Salvadoran) was incarcerated and had a 10 years Sentenced after he was released we was Deported to Salvador in 2005. My mother was a single mother she had 3 Jobs at one point factory, hotel, Restarent waitress all to support 4 kids on her own! Yes we had days with no food, no light, no phone, that who it...

was sometimes she had a 2nd shift or 3rd depending on there schedule so it was all 4 of us all afternoons on our own 15 us 13 years. Mem was 10 yrs old, Estrella had 5 yrd and I wally was 3 years old. He struggled in school because I cant do so much. Mom had to work in 2004. The owner were we rented had to sell her house so no had to move. we paid 350 in rent. After found a apartment in Cicero for 900 a month more then double. So I had Jest graduated highschool went to work and have help my mom for rent from there to now. My Mom has always said your brothers are like your kids and only family. My dad, Cam, but that didnt work out. In 2006 we moved and moved again. Rats. and finally in 07 back in Cicero. My youngest sister got married and was pregnant. My middle sister MEM worked with me to my mom @ the same factory. We all went to sleep. and in the morning she had passed away in her sleep. She was 19 yrs old. it is and has been the most difficult

time of all our life we would go to the cementary at least 2x a week to the cementary it was a hard time in December we had to move again we couldn't live there were she died so we moved and lived 1.5 years in the house. We just moved Walter doesn't know our new house after mom & mom worked afternoon he would be alone and only boy. He needed his father figure he was in grammar at Unity. He would go out with friends once his ted. meet gin got her pregnant he was 17yrs old he has always been a present Dad. We all lived with my mom. that same year 2011 I also had had a son. We would baby sit each other mainly me mire because I was a stay at home mom. My husband we all lived in a 4 bed room apartment bought groceries made dinners Mom still working. Walter had on & off relationship so she would leave then he would live with her parents and baby boy. 2 years later Fernel came and she was pregnant

again in 2013 and my chunky monkey Leonel was there though birth and pregnancy. 2015 she got pregnant again but not by Walter. She wanted to have an abortion. She didnt. Walter was there when he was born. Never treated him any different. We had thanksgiving competitions him shrimp alfredo, me mac & cheese. Turkey. all that he would play with the kids and make forts, nerf gun lego building he would color with them make forts with many blankets do homework told them to teach them to shower brush teeth all on there own. is very useful now since now they dont have him. They really need him is 3 boys. He has gone to jail but of course never these long. We always visit him me B. my mom w/ kids and his son but now is no in person visits we can txt but of course nothing in life is ever free. in July 4, 2021 he was burning fireworks. one of them burned him the kids were with him. ambulance was called he lost conscious was in comma

at the University of Chicago Medicine Burn Unit burn his hair, eyelids, neck, lips, eyelashes hands had to get a trach since he need to recuperate he was there 43 days in from 7/4/2021 → August 2021 couldn't talk walk in full I comma in August he need to be moved to a rehabilitation Center in hinsdale learn to walk, talk. with a trach now eat sit pup everything that was a movement of fear I can never relieve thinking that I can loose my brother and yes every one dies I understand that love him to death always will BUT hes alive and thats what most important Hes Alive even if hes not near! please take into consideration his 3 kids Walter has done so much mental development it's been 2 years and 4 months I miss his hugs we all miss him. He himself turned in emchenny. Please think of his 3 boys Ray 13 years George 11 Joshua 9 years all his nephews and my mom she had a accident wunc and now needs a cane/walker e tires and is now disabled as of 2022 I can no

no longer worker on her own. reason #1. we had to move because we cardnt pay rent anymore! my mom is young 56 worked all her life since she had me e. 16 years old.

Thanks Jenny Lopez

Hello my name is Uriel Walter is my brother in law He is very present in my nephews life I have lived with him since 2011 until 2021 I have known him since 2000 when I worked at a store he was 7 year old. very funny person When I lived with him we would eat have dinners my son and his kids my nephews would play all day on weekends in the summer he would have them many days he would take them to the park watch movies Rey & Gino need him more now then ever! He needs to guide them continue to show them to fend for themselves!

Uriel Calderon

Dear Judge

My name is Brys i am 13 years old. Walter is my uncle the only one on my moms side. he would always make the biggest forts in the living room for us. He gave me the best christmas gifts and bought me legos. Bry and gia. need their dad in there lives. Joshua also miss his dad even the the dog nat his dog. He got a movie nae we wotca it. he liks call of duty and i like the gam twn...


By Brys