

BUILDING BETTER LIVES

edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

Math - Addition, Subtraction, Multiplication, and Division

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Parenting While Incarcerated

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

Walter Moran

FOR SUCCESSFUL COMPLETION OF

Science - Life Science

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Learn Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Apply Your Strengths from Shining Light

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

Neil deGrasse Tyson Teaches Scientific Thinking and Communication

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Anger Management

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Staying Healthy for Beginners

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Gabriela Cámara Teaches Mexican Cooking

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

March 20, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Introduction to the 2nd Opportunity Programs

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 28, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Mashama Bailey Teaches Southern Cooking

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 01, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Beginning Algebra

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 01, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Social Studies - Geography

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

January 26, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Learning How to be a Better Parent

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

Walter Moran

FOR SUCCESSFUL COMPLETION OF

Social Studies - Economics

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 02, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Science - Earth and Space Science

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 03, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Science - Physical Science

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

Walter Moran

FOR SUCCESSFUL COMPLETION OF

Reflections and Recovery

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 05, 2025
Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



BUILDING BETTER LIVES

edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## The GOGI Life Tools - BOSS OF MY BRAIN - Fixed

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 06, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Job Seeking with a Criminal Record

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 05, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## GED Checklist: Your Path to New Opportunities

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 07, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



BUILDING BETTER LIVES

**edovo**

# CERTIFICATE OF COMPLETION

**PRESENTED TO**

## Walter Moran

**FOR SUCCESSFUL COMPLETION OF**

Introduction to Changin' Your Game Plan: The Blueprint to Success During and After Incarceration

**SCORE:** Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 07, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## ECS23 - Cooking Methods

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 12, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Introduction to Plumbing Tools and Drawings

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 13, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Introduction to Electrical Studies

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

Walter Moran

FOR SUCCESSFUL COMPLETION OF

How Can I Heal from Child Sexual Abuse?

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 19, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Career Exploration: Construction Industry

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 16, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Construction Management: Planning and Schedulir

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 17, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Construction Management Foundations

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Learning Construction Estimating

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 19, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Construction Management: Safety and Health

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 20, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

## Construction Management: Managing Risk

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 22, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.



BUILDING BETTER LIVES
edovo

# CERTIFICATE OF COMPLETION

PRESENTED TO

## Walter Moran

FOR SUCCESSFUL COMPLETION OF

Construction Management: Reading Drawings and Specifications

SCORE: Passed

All course requirements were successfully met in order to earn a "Passed" Certificate of Completion.

February 23, 2025

Date

President of Edovo

This certificate is not equivalent to course credit, milestone, earned time credit, certification, or a degree. We also do not verify the identity of the Learner.